[No. 80653-5.  En Banc.]
Argued May 12, 2009.   Decided October 14, 2010.

THE STATE OF WASHINGTON, *Respondent*, v. LORETTA L. ERIKSEN, *Petitioner*.

The opinion in the above captioned case, which appeared in the advance sheets at 170 Wn.2d 209-300 has not been published in the permanent bound volume pursuant to an order of the Supreme Court dated May 10, 2011 directing that the opinion be withdrawn. See 172 Wn.2d 506.